UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SONYA KING, | ) |
| Plaintiff, | ) Docket Number: 3-14-cv-1894 |
| v. | ) Jury Demand: 12 |
| WINDSOR HEALTH PLAN, INC.; | ) Judges: Haynes/Bryant |
| WINDSOR HEALTH GROUP, INC.; | ) |
| WINDSOR MANAGEMENT SERVICES, INC.; and MUNICH HEALTH NORTH AMERICA, INC. | ) |
| Defendants. | ) |

## AGREED ORDER AMENDING INITIAL CASE MANAGEMENT ORDER

This matter is before the Court on the Joint Motion Amending Initial Case Management Order ("the Motion"). For good cause shown and upon the record as a whole, the Court finds the Motion to be well taken, therefore, it is,

ORDERED, ADJUDGED, & DECREED, the Initial Case Management Order is hereby amended by extending the times and dates in the order as set forth below:

i. Paragraph "f." of the Initial Case Management Order is amended by extending the time for completion of factual discovery from August 31, 2015 to October 30, 2015.

ii. The Motion to Amend Initial Case Management Order filed by Plaintiff [Doc 35] is hereby withdrawn.

iii. All other matters are reserved.

SO ORDERED:

John Bryant
USMJ